Monica Perales
Attorney at Law: 297739
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Tammi L. Robertson

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMI L. ROBERTSON, | Case No.: 3:17-cv-02732-MEJ |
| Plaintiff, | ~~/PROPOSED/~~ ORDER OF DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: October 12, 2017

_____
THE HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

-1-

| | | |
|---|---|---|
| DATE: October 5, 2017 | | Respectfully submitted, |
| | | LAW OFFICES OF LAWRENCE D. ROHLFING |
| | BY: | /s/ *Monica Perales* |
| | | Monica Perales |
| | | Attorney for plaintiff Tammi L. Robertson |

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 3:17-CV-02732-MEJ**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on October 5, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Monica Perales*

_____

Monica Perales
Attorneys for Plaintiff
_____